**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES L. CUSICK,**<br><br>Defendant. | **18-PO-05194-JTJ**<br><br>**VIOLATIONS:**<br>**6563830**<br>**6563831**<br>**6563832**<br>**6563833**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $1,000 and a $30 processing fee for violation 6563830. The total fine amount will be paid in full on or before June 6, 2019. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant is sentenced to 30 days jail time with credit for one day of time served. The remaining 29 days of jail time will be suspended upon timely payment of fines on or before June 6, 2019.

IT IS FURTHER ORDERED that violations 6563831, 6563832 and 6563833 are DISMISSED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for February 7, 2019, is VACATED.

DATED this 14th day of January, 2019.

_____
John Johnston
United States Magistrate Judge